# DUPLICATE ENTRY